# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PITTSBURGH LOGISTICS SYSTEMS, INC.,
*a Pennsylvania Corporation,*

    Plaintiff,

v.                                              Case No. 8:18-cv-2487-TPB-TGW

FREIGHT TEC MANAGEMENT
GROUP, INC., d/b/a FREIGHT TEC, *a
Utah Corporation,*

    Defendant.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

Please answer all five questions.

1. **TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIPS**

    A. Did Freight Tec improperly and intentionally interfere with PLS's contractual relationship with Isaac Spragg?

    ANSWER:    YES _X_     NO ____

If yes, state the total amount of damages due to PLS:

    DAMAGES: $ 37,000

2. **TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS**

   A. Did Freight Tec improperly and intentionally interfere with PLS's business relationships with Youngstown Tube Company?

   ANSWER: YES _____ NO __X__

If yes, state the total amount of damages due to PLS:

   DAMAGES: $__0__

3. **MISAPPROPRIATION OF TRADE SECRETS**

   A. Did Freight Tec misappropriate PLS trade secrets?

   ANSWER: YES _____ NO __X__

If yes, state the total amount of damages due to PLS for the misappropriation:

   DAMAGES: $__0__

   B. If you answered yes to question 3.A., was the misappropriation willful and malicious as defined in the jury instructions?

   ANSWER: YES _____ NO _____

4. **UNJUST ENRICHMENT**

   A. Was Freight Tec unjustly enriched?

   ANSWER: YES _____ NO __X__

If yes, state the total amount of damages due to PLS:

   DAMAGES: $__0__

5. MITIGATION OF DAMAGES

   A. From all the evidence presented at trial, do you find that PLS failed to mitigate its damages as defined in the jury instructions?

   ANSWER: YES \_\_\_\_\_   NO  X

   B. If yes, by what amount should damages be reduced?

   **REDUCTION OF DAMAGES $**_____


**When completed, please sign and date the verdict form below.**

   **SO SAY WE ALL,** this \_\_1\_\_ day of December, 2021.

   _____
   FOREPERSON